UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERNANDO HIGIDIO DE OLIVEIRA, <br><br> Petitioner, <br><br> v. <br><br> DAVID WESLING, et al., <br><br> Respondents. | * <br> * <br> * <br> * <br> * <br> * Civil Action No. 1:25-cv-13730-IT <br> * <br> * <br> * <br> * <br> * |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 8] granting Petitioner's Emergency Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing by December 18, 2025, and Respondents' Status Report [Doc. No. 9] indicating a bond hearing was conducted, at which time Petitioner was granted bond and released, this action is CLOSED.

IT IS SO ORDERED.

February 19, 2026                                              /s/ Indira Talwani
                                                               United States District Judge